IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C. H. GUERNSEY & COMPANY, INC.,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-768<br>) |
| DICK CORPORATION, ET AL.,<br>    Defendants. | )<br>) |

ORDER OF COURT

AND NOW this 1st day of September, 2009, before the court is the parties' Joint Motion to Stay Litigation Pending Completion of Alternate Dispute Resolution [document #14]. In their motion, the parties report that the contract at issue in this case contains provisions providing for private alternate dispute resolution. The motion further reports that the parties have agreed to move forward with those provisions.

Therefore, as no further action can be taken by the court at this time, we will refrain from ruling on the outstanding motion and, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record