IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.H. GUERNSEY & COMPANY, INC., an Oklahoma Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DICK CORPORATION, a Pennsylvania Corporation, and its successor, DCK WORLDWIDE, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | C.A. No. 2:09-CV-00768-GLL |

## RULE 41(a) STIPULATION OF
## **VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION**

Plaintiff, C.H. Guernsey & Company, Inc., by its undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1) and (2), hereby stipulates to the voluntary dismissal with prejudice of this action in its entirety, including all claims of Plaintiff against all the Defendants in its Complaint, with each party to bear its owns costs and expenses, including attorneys' fees. No Counterclaim was filed by any Defendant. Pursuant to Rule 41(a)(1), counsel of record for all parties to this action have signed this Stipulation as provided below to acknowledge their consent.

FOR C.H. GUERNSEY & COMPANY, INC.         FOR DICK CORPORATION

/s/ Scott D. Cessar                                             /s/ Kevin P. Lucas
Scott D. Cessar, Esquire                                   Kevin P. Lucas, Esquire
Eckert Seamans Cherin & Mellott, LLC          Pa. I.D. No. 25596
U.S. Steel Tower, 44th Floor                           Manion McDonough & Lucas, P.C.
600 Grant Street                                              600 Grant Street, Suite 1414
Pittsburgh, PA 15219-2788                            Pittsburgh, PA 15219
412-566-2581                                                  412-232-0215
Dated: June 1, 2011                                       Dated: June 1, 2011

SO ORDERED, this 1st day of June, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge